IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ANTHONY JONES
                                :       CIVIL ACTION
                                :
        vs.                     :
                                :       NO. 02-2662
MARRIOTT INTERNATIONAL, INC.
d/b/a PHILADELPHIA MARRIOT
```

O R D E R

**AND NOW, TO WIT:** this 27th day of June, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
      Kathryne M. Crispell
      Deputy Clerk

June 27, 2002   copies mailed to:

Stanley B. Cheiken, Esq.
William J. Payne, Esq.

Civ 2 (8/2000)