EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY JONES, : | |
| : | |
| Plaintiff : | |
| : | Civil Action No. 02-CV-2662 |
| v. : | |
| : | |
| MARRIOTT INTERNATIONAL, INC. : | |
| d/b/a PHILADELPHIA MARRIOTT : | |
| Defendant : | |

## STIPULATION

      Plaintiff, by his attorney, Stanley B. Cheiken, Esq., and Defendant, by its attorneys, Stevens & Lee, P.C., hereby STIPULATE and AGREE that the parties have settled the above-captioned matter and that the Plaintiff's Complaint shall be dismissed in its entirety against Defendant by the Court with prejudice and that each party shall be responsible for its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| STANLEY B. CHEIKEN, ESQUIRE | WILLIAM J. PAYNE, ESQUIRE |
| 1626 Pine Street | STEVENS & LEE |
| Philadelphia, PA 19103 | Attorney I.D. No. 32071 |
| (215) 546-6177 | 1275 Drummers Lane, Suite 202 |
| Attorney for Plaintiff | P.O. Box 236 |
| | Wayne, PA 19087-0236 |
| | (610) 293-4966 |
| | Attorneys for Defendant |

Date:_____    Date:_____

APPROVED AND SO ORDERED THIS _____ DAY OF _____, 2002.

 

_____
HON. EDMUND V. LUDWIG
SENIOR JUDGE